# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-2557
LT Case No. 2021-CF-011219-A
_____

NATHAN MICHAEL FLEURY,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Nathan Michael Fleury, Cross City, pro se.

Ashley Moody, Attorney General, and Heather Ross,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024


PER CURIAM.

 AFFIRMED.

WALLIS, HARRIS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____